BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Jay A. Zweig, 011153
Melissa R. Costello, 020993
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:    (602) 364-7000
Facsimile:    (602) 364-7070
Email:         jay.zweig@bclplaw.com
                melissa.costello@bclplaw.com

Attorneys for Defendant Anderson Security Agency, Ltd.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Nordstrom, an individual, | No. |
| Plaintiff, | **DEFENDANT ANDERSON SECURITY AGENCY, LTD.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 AND 1441(a)** |
| vs. | |
| Anderson Security Agency, Ltd., an Arizona corporation; Kent Oberhelman, an individual, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Anderson Security Agency, Ltd. ("ASA") removes to this Court the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

1.    This action is being removed to this Court based upon federal question jurisdiction under 28 U.S.C. § 1331.

2.    On August 16, 2018, Plaintiff Susan Nordstom filed a Complaint in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2018-096217 (the "Action"), Certificate of Compulsory Arbitration and Civil Cover Sheet, copies of which are attached as Exhibits 1-3.

12166221.1\2396390

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ  85004-4406
TELEPHONE:    (602) 364-7000

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ  85004-4406
TELEPHONE:    (602) 364-7000

3.    Defendant ASA was served with a copy of the Complaint and Certificate of Compulsory Arbitration on August 24, 2018. Plaintiff filed a Certificate of Service on August 27, 2018, copy of which is attached as Exhibit 4.

4.    Upon information and belief, Plaintiff has not served the only other defendant in the Action, Kent Oberhelman.

5.    Defendant ASA filed its Answer to the Complaint and Certificate Regarding Compulsory Arbitration on September 12, 2018, copies of which are attached as Exhibits 5 and 6.

6.    Exhibits 1-6 constitute all of the process, pleadings and orders in the Action.

7.    The action is a civil lawsuit in which Plaintiff alleges violations under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2 *et seq.* ("Title VII") and Arizona statutory and common law claims.

8.    Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9.    This Court has federal question jurisdiction over this action because Plaintiff's allegations establish that she is seeking damages for ASA's alleged violations of Title VII.

10.    This Court has original jurisdiction over Plaintiff's federal claims under 29 U.S.C. §§ 2611 *et seq.* and 42 U.S.C. § 12112(a) pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

11.    Upon information and belief, Defendant Kent Oberhelman has not been served in the manner required by the Arizona Rules of Civil Procedure and has not been joined properly as a defendant in this Action. As such, defendant Kent Oberhelman is not required to consent to the removal of this Action. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999) ("one becomes a party officially, . . . only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend"); *see e.g., Baiul v. NBC Sports, a division of*

*NBCUniversal Media, LLC*, 732 Fed. Appx. 529, 531 (9th Cir. 2018), as amended (June 12, 2018) (quoting *Salveson v. W. States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) ("Our circuit rule is that a party not served need not be joined [in removal]; the defendants summonsed can remove by themselves")).

12. Therefore, the requirements for removal under 28 U.S.C. § 1331 are satisfied and this Court has original jurisdiction over plaintiff's claims. The Action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441, *et seq*.

13. The United States District Court for the District of Arizona is the proper court to which the Action should be removed pursuant to 28 U.S.C. § 1441(a) because the original action was filed in the Superior Court of the State of Arizona, Maricopa County, and this Court's jurisdiction encompasses Maricopa County, Arizona.

14. The Complaint is the initial pleading served upon ASA setting forth Plaintiff's claims for relief.

15. ASA filed this Notice within 30 days after ASA's receipt of the Complaint. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and Rule 6(a), Fed. R. Civ. P.

16. A copy of this Notice will be filed on this date with the Clerk of the Court for the Superior Court of the State of Arizona, Maricopa County, and will be served upon Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice (without exhibits) is attached as Exhibit 7.

17. Pursuant to Local Rules 3.1(a) and 3.6(a), a Civil Cover Sheet (AO Form JS-44) and a Supplemental Civil Cover Sheet for Cases Removed from Another Jurisdiction accompany this Notice.

18. This Notice is signed pursuant to Federal Rule of Civil Procedure 11, as required by Local Rule 3.6(a).

19. In the event that Plaintiff seeks to remand this case, or this Court considers remand *sua sponte*, ASA respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ   85004-4406
TELEPHONE:   (602) 364-7000

WHEREFORE, Defendant Anderson Security Agency, Ltd. requests that this Action be removed from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona.

DATED this 13th day of September, 2018.

BRYAN CAVE LEIGHTON PAISNER LLP


By: /s/ Jay A. Zweig
　　　Jay A. Zweig
　　　Melissa R. Costello
　　　Two North Central Avenue, Suite 2100
　　　Phoenix, Arizona 85004-4406
　　　Attorneys for Defendant Anderson
　　　Security Agency, Ltd.

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ 85004-4406
TELEPHONE: (602) 364-7000

12166221.1\2396390

4

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing and also mailed a copy of the attached document to:

Marc J. Victor
Jody L. Broaddus
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, Arizona 85248
Marc@AttorneyForFreedom.com
Jody@AttorneyForFreedom.com
Attorneys for Plaintiff

Kent S. Oberhelman
10918 West Connecticut Avenue
Sun City, Arizona 85351
Defendant Pro Per

/s/ Catherine Russell

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ  85004-4406
TELEPHONE:    (602) 364-7000

12166221.1\2396390                              5