1   BRYAN CAVE LEIGHTON PAISNER LLP, #145700
Jay A. Zweig, 011153
2   Melissa R. Costello, 020993
Lauren E. Davis, 034655
3   Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
4   Telephone:   (602) 364-7000
Facsimile:   (602) 364-7070
5   Email:        jay.zweig@bclplaw.com
              melissa.costello@bclplaw.com
6              lauren.davis@bclplaw.com

7   Attorneys for Defendant Anderson Security Agency, Ltd.

8                   **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 10   Susan Nordstrom, an individual, | No. CV-18-2880-PHX-MHB |
| 11           Plaintiff, | **NOTICE OF VIDEOTAPED DEPOSITION OF KEITH OBERHELMAN** |
| 12       vs. | |
| 13   Anderson Security Agency, Ltd., an Arizona corporation; Kent Oberhelman, an individual, | |
| 14           Defendants. | |
| 15 | |

16   To Counsel of Record:

17       PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26

18   and 30, Defendant Anderson Security Agency, Ltd. will take the deposition by oral

19   examination of Keith Oberhelman before an officer authorized by law to administer oaths.

20       **PERSON TO BE EXAMINED:**        Keith Oberhelman
c/o Shayna Fernandez Watts
21                                         RUSING LOPEZ & LIZARDI, P.L.L.C.
14300 North Northsight Boulevard, #210
22                                         Scottsdale, Arizona 85260
swatts@rllaz.com
23
       **DATE OF DEPOSITION:**            Friday August 23, 2019
24
       **TIME OF DEPOSITION:**            1:00 p.m. PST
25

26       **PLACE OF DEPOSITION:**         Bryan Cave Leighton Paisner LLP
Two North Central Avenue, Suite 2100
27                                        Phoenix, Arizona 85004-4406

28

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ   85004-4406
TELEPHONE:   (602) 364-7000

12808103.1\1066983.000002

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ  85004-4406
TELEPHONE:    (602) 364-7000

1

2

**TECHNIQUE FOR
RECORDING DEPOSITION:**          Court Reporter / Videographer

3

4

**PROTOCOLS FOR
RECORDING DEPOSITION:**          Stenographic / Videographic

5

6

7

**IDENTITY OF PERSON
RECORDING DEPOSITION:**          Herder & Associates, Inc.
                                 Two N. Central Avenue, Suite 1800
                                 Phoenix, Arizona 85004

8

9

**PLACEMENT OF CAMERAS:** Head of table; fixed focus at head shot of witness; no panning or zooming.

10

DATED this 17th day of July, 2019.

11

                                 BRYAN CAVE LEIGHTON PAISNER LLP

12

13

14

15

16

17

By:  /s/ Jay A. Zweig
        Jay A. Zweig
        Melissa R. Costello
        Lauren E. Davis
        Two North Central Avenue, Suite 2100
        Phoenix, Arizona 85004-4406
        Attorneys for Defendant Anderson
        Security Agency, Ltd.

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, AZ  85004-4406
TELEPHONE:      (602) 364-7000

1

## **CERTIFICATE OF SERVICE**

2      I certify that on July 17, 2019, I electronically transmitted the attached document to

3   the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of

4   Electronic Filing of the attached document to:

5   Marc J. Victor
    Jody L. Broaddus
6   ATTORNEYS FOR FREEDOM
    3185 South Price Road
7   Chandler, Arizona 85248
    Marc@AttorneyForFreedom.com
8   Jody@AttorneyForFreedom.com
    Attorneys for Plaintiff

9

10  Shayna Fernandez Watts
    RUSING LOPEZ & LIZARDI, P.L.L.C.
11  14300 North Northsight Boulevard, #210
    Scottsdale, Arizona 85260
12  swatts@rllaz.com
    Attorneys for Defendant Kent Oberhelman

13

14

15  /s/ Lisa Remus

16

17

18

19

20

21

22

23

24

25

26

27

28

12808103.1\1066983.000002                    3